IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CIV S-06-0637-DFL-CMK |
| Plaintiff, | |
| vs. | ORDER |
| TREVOR DEAN ADAMS, et al., | |
| Defendants. | |
| _____/ | |

Pending before the court is plaintiff's motion for entry of default judgment (Doc. 15), filed on December 7, 2006. Pursuant to Eastern District of California Local Rule 72-302(c)(19), plaintiff's motion has been set for hearing before the undersigned in Redding, California, on January 16, 2007, at 10:00 a.m. The court finds that this matter is appropriate for submission on the papers currently on file without oral argument. See Local Rule 78-230(h). The hearing is vacated and plaintiff's motion will be addressed by separate findings and recommendations.

IT IS SO ORDERED.

DATED: January 10, 2007.

   _____
   CRAIG M. KELLISON
   UNITED STATES MAGISTRATE JUDGE

1